# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:09-CR-0380-03** |
| : | |
| v. : | **(Judge Conner)** |
| : | |
| **RICARDO PRECIADO-RODRIQUEZ**, : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 15th day of September, 2010, upon consideration of the *pro se* motion (Doc. 217), filed by defendant Jose Ricardo Preciado-Rodriquez ("Rodriquez") to remove his court-appointed counsel, Terrence McGowan, Esquire ("Attorney McGowan"), due to irreconcilable differences, and to appoint new counsel, and upon further consideration of Attorney McGowan's motion (Doc. 219) to withdraw as counsel for defendant Rodriquez, and it appearing that the government does not oppose the removal or withdrawal of Attorney McGowan as counsel for defendant Rodriquez, (see Doc. 219 ¶ 7), it is hereby ORDERED that:

1. The motions (Docs. 217, 219) are GRANTED.

2. The appointment of Terrence McGowan, Esquire, as counsel for defendant Rodriquez in the above-captioned case is TERMINATED.

3. Erin Zimmerer, Esquire, 60 South Main Street, Manheim, Pennsylvania 17545, telephone number (717) 665-1315, is appointed to represent defendant Rodriquez in the above-captioned case.

4. The Clerk of Court is directed to forward all necessary materials to Erin Zimmerer, Esquire, as soon as possible.

5. Terrence McGowan, Esquire, is directed to provide to Erin Zimmerer, Esquire, the file in the above-captioned case as soon as possible.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge